# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| Panhandle Eastern Pipe Line Company, LP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:20-cv-01485 UNA |
| ) | |
| Herbert L. Bracht, Jr., et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

The above styled and numbered case was opened on October 14, 2020, and assigned to the Eastern Division.

After a review of the case, it was determined the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and assigned to the Honorable Shirley P. Mensah, United States Magistrate Judge, under cause number 2:20-cv-00064 SPM.

**IT IS FURTHER ORDERED** that cause number 4:20-cv-01485 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: October 15, 2020                         By: /s/Jason W. Dockery
                                                Case Initiation Team Leader

**In all future documents filed with the Court, please use the following case number 2:20-cv-00064 SPM.**